**UNITED STATES DISTRICT COURT**        **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| JOSEPH ALEXANDER, | § | |
| | § | |
| | § | |
| *versus* | § | NO.  1:26-CV-00031-MAC-ZJH |
| | § | |
| | § | |
| DAWN   HILL-KEARSE,   SERGIO | § | |
| JIMENEZ, | § | |

### ORDER ADOPTING THE MAGISTRATE JUDGE'S
### REPORT AND RECOMMENDATION

On January 27, 2026, the Court referred this case to the Honorable Zack Hawthorn, United States Magistrate Judge for pretrial management.  On January 29, 2026, Judge Hawthorn ordered *pro se* Plaintiff Joseph Alexander ("Alexander") to file an amended complaint that complies with the Federal Rules of Civil Procedure and the Eastern District of Texas Local Rules.  (#4).  After Alexander failed to comply with the *Order* (#4), Judge Hawthorn issued a *Report and Recommendation* (#7), which recommended dismissing Alexander's case for want of prosecution.

The court reviewed Judge Hawthorn's *Report and Recommendation* (#7) along with the record, pleadings, and all available evidence.  The court affirms Judge Hawthorn's findings of fact and conclusions of law are correct.  The parties have not filed objections to the *Report and Recommendation*, and the time for doing so has passed.  *See* 28 U.S.C. § 636(b)(1)(C).

It is therefore **ORDERED** that Judge Hawthorn's *Report and Recommendation* (#7) dismissing this case without prejudice for want of prosecution is **ADOPTED**.  The court will separately enter Final Judgment.

SIGNED at Beaumont, Texas, this 17th day of March, 2026.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE